515 S.E.2d 761

**Jackie Franklin DAVIS, Respondent,**

v.

**SOUTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, Petitioner.**

No. 24938.

Supreme Court of South Carolina.

Heard March 16, 1999.

Decided April 19, 1999.

Rehearing Denied May 27, 1999.

Senior Assistant General Counsel Patrick M. Teague and General Counsel Frank L. Valenta, Jr., both of South Carolina Department of Public Safety, of Columbia, for petitioner.

William H. Nicholson, III of Nicholson & Anderson, of Greenwood, for respondent.

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

### PER CURIAM:

We granted certiorari to review the Court of Appeals opinion in *Davis v. South Carolina Department of Public Safety,* 328 S.C. 578, 493 S.E.2d 871 (Ct.App.1997), Pursuant to *Thompson v. South Carolina Department of Public Safety,* 335 S.C. 52, 515 S.E.2d 761 (1999), we now reverse.